GREGORY A. BEELER
P.O. Box E, Tri-Cities, WA 99302-2020
Telephone: (509) 547-5000
Fax (509) 547-4321

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

In Re:                                    )
                                          )   CASE NO. 08-03136
The Mayfield Corporation                  )
                                          )   TENDER OF DIVIDENDS
            Debtor.                       )
_____)

TO:  The Clerk of the U.S. Bankruptcy Court, Eastern District
     of Washington

     There is tendered herewith the sum of $0.01, being dividends

of less than Five Dollars ($5.00), which is payable to the

following creditors in the amount designated opposite the name:

| NAME | ADDRESS | AMOUNT |
|------|---------|--------|
| Idearc Media | 5601 Executive Drive<br>Irving, TX 75035 | $ 0.01 |

     This tender is made in accordance with the requirements of

BR 3010.

     DATED this 20th day of August, 2009.

_____
GREGORY A. BEELER, Trustee

Receipt 4873178          8-24-09

The Law Offices of
*Gregory A. Beeler*
120 S. Fifth Street
Pasco, Washington 99301
(509) 547-5000

$.01